UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| BOBBY JOE FULLARD, JR., | ) | Civil Action No: 0:21-cv-630-DCC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 31st day of August, 2021, upon consideration of the Defendant's Motion to Remand, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

s/Donald C. Coggins, Jr.
Honorable Donald C. Coggins, Jr.
United States District Judge

August 31, 2021
Spartanburg, South Carolina